ELLEN KENNEDY, an Infant, by her Guardian ad Litem, JAMES KENNEDY, Respondent, *v.* CITY OF WATERVLIET, Appellant.

*Kennedy* v. *City of Watervliet,* 66 App. Div. 616, affirmed. (Argued January 13, 1903; decided January 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

November 15, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*S. W. Russell, Jr.*, for appellant.

*Thomas F. Powers* and *L. E. Griffith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.